IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GURAL FOSTER                                        PLAINTIFF

v.                          Case No.: 4:20-cv-00086-LPR-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                              DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time for doing so has expired. After a careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of May 2021.

                                                   _____
                                                   LEE P. RUDOFSKY
                                                   UNITED STATES DISTRICT JUDGE