# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

GURAL FOSTER                                                                                           PLAINTIFF

v.                        Case No.: 4:20-cv-00086-LPR-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE